John L. Littrell (SBN 221601)
jlittrell@bklwlaw.com
Ryan V. Fraser (SBN 272196)
rfraser@bklwlaw.com
BIENERT KATZMAN LITTRELL WILLIAMS LLP
601 W. 5th Street, Suite 720
Los Angeles, CA 90071
Telephone: (213) 528-3400
Facsimile: (949) 369-3701

Attorneys for Defendant MARIETTA TERABELIAN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00579-SVW |
| Plaintiff, | |
| | Hon. Stephen V. Wilson |
| v. | |
| | **DECLARATION OF MARIETTA TERABELIAN** |
| RICHARD AYVAZYAN, MARIETTA TERABELIAN, ARTUR AYVAZYAN, and TAMARA DADYAN, | |
| Defendants. | |

# DECLARATION OF MARIETTA TERABELIAN

1. I am thirty-six years old and married to my codefendant, Richard Ayvazyan. We live together in Encino, California, with our three kids, ages 16, 14, and 13.

2. In October 2020, Richard and I traveled to Turks and Caicos. When we flew back to the United States, we arrived at Miami International Airport and headed to customs.

3. When we reached customs, Richard and I handed over our United States passports, which were not expired. But the officer did not let us through. Instead, we were told we would have to go to another location.

4. As this point, another officer took our passports and brought us to a waiting area.

5. After a few minutes there, a third officer took us into a second waiting room that was smaller, where the signs stated that cell phone use was not allowed.

6. Here we waited a long time. At one point during our wait together, Richard asked permission to go smoke. The officer told him no because we were being detained.

7. Already well into this waiting period, Richard asked an officer how much longer we would be waiting. The officer said it could take twenty minutes or it could take three hours.

8. We kept waiting but no one was giving us any explanation of what was going on. As I was standing beside Richard, he requested an attorney on our behalf. The person he asked appeared to be a supervisor.

9. The officer ignored this request. He asked Richard if he had a record. Richard told the officer he pled guilty to a charge ten years before. The officer then said that was probably the cause of the delay.

10. Richard asked if this meant we could get an attorney and asked how we could contact one if we couldn't use our phones. The officer said we could not contact an attorney. Richard asked if the officers could still keep us there, without an attorney, and the same officer said, yes, they could, and told Richard to relax and sit.

11. After the long wait in the second waiting room—the one that had the sign prohibiting cell phone use—customs officers separated me from Richard by taking me into a different room to be interviewed.

12. At this location, a customs officer told me that she needed to look at my phone to see if I was a national security threat. She told me that if I would cooperate with her, I would be on the next flight, and the flight would be "on us." She then directed me to provide my cell phone and enter the passcode for officers to review the phone for national security issues. I complied, understanding that it would be just a brief look right there in front of me, but instead the officer took my phone and began to leave.

13. At this point, I realized she was going to do more than I had agreed to, so I told her I wanted my phone back. But the officer wouldn't give it back, so I asked to speak to a supervisor.

14. The supervisor came and told me I could no longer have my phone. I then said I wanted to call my sister, Gohar, and the officer said no. I told the officer Gohar was an attorney and asked if I could call Gohar *as an attorney*, but the officer still said no. Then I asked to call *any* attorney. The officer didn't let me.

15. Later a different officer brought my phone back and allowed me to call one person. I called a friend to get my kids situated because it was clear we would not be making it home on time.

16. The agents also asked me lots of questions about my background, my husband, his work, where I had traveled, and other subjects. I answered the questions.

17. None of the officers told me I had a right to refuse to provide my phone, enter the passcode, or answer their questions. I did not know I could refuse to do those things. No one told me that my statements could be used against me in a trial or that I had rights to remain silent, speak to an attorney before questioning, have an attorney assist me at no cost to me if I could not afford to pay an attorney myself, or have an attorney present with me during questioning.

18. These experiences and my inability to leave without complying with the officers made me feel that I had no choice but to answer their questions, provide and open my cell phone, and comply with the officers generally.

Under penalty of perjury, I declare these facts to be true to the best of my knowledge and recollection. I would testify to them under oath.

Date: March 8th, 2021

_____
Marietta Terabelian
Declarant

# CERTIFICATE OF SERVICE

I declare that I am a citizen of the United States and I am a resident and employed in Los Angeles, California; that my business address is 601 W. 6th Street, Suite 720, Los Angeles, CA 90071; that I am over the age of 18 and not a party to the above-entitled action.

I am employed by a member of the United States District Court for the Central District of California, and at whose direction I caused service of the foregoing document entitled **DECLARATION OF MARIETTA TERABELIAN** on all interested parties as follows:

**[X]   BY ELECTRONIC TRANSMISSION:** by electronically filing the foregoing with the Clerk of the District Court using its CM/ECF System pursuant to the Electronic Case Filing provision of the United States District Court General Order and the E-Government Act of 2002, which electronically notifies all parties in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 8, 2021 at Pasadena, California.

*/s/ Elizabeth Garcia*
Elizabeth Garcia