John L. Littrell (SBN 221601)
jlittrell@bklwlaw.com
Ryan V. Fraser (SBN 272196)
rfraser@bklwlaw.com
BIENERT KATZMAN LITTRELL WILLIAMS LLP
601 W. 5th Street, Suite 720
Los Angeles, CA 90071
Telephone: (213) 528-3400
Facsimile: (949) 369-3701

Attorneys for Defendant MARIETTA TERABELIAN

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br><br>RICHARD AYVAZYAN, MARIETTA TERABELIAN, ARTUR AYVAZYAN, TAMARA DADYAN.<br><br>Defendants. | Case No.  2:20-cr-00579-SVW<br><br>Hon. Stephen V. Wilson<br><br>**DECLARATION OF RYAN V. FRASER IDENTIFYING EXHIBITS IN SUPPORT OF MOTIONS TO SUPPRESS** |

1    I , Ryan V. Fraser, declare as follows:

2    1.    I am an attorney admitted to practice in the State of California, and an

3    attorney at the law firm of Bienert Katzman Littrell Williams LLP, attorneys for defendant

4    Marietta Terabelian in this action. I have personal knowledge of the facts set forth in this

5    declaration and, if called as a witness, could and would testify competently to such facts

6    under oath. I submit this declaration in support of Ms. Terabelian's Motions to Suppress

7    1) Statements and 2) Smart-Phone Evidence Obtained from Her at Miami International

8    Airport ("Motions").

9    2.    A true and correct copy of a four-page PDF set of documents I received

10   during discovery and produced by the Government as DOJ PROD 0000021400 is

11   referenced in the Motions as **Exhibit "A."** This comprises FBI and CBP communications

12   regarding the seizures, searches, and interrogation at issue in the Motions. It will be filed

13   under seal and served via overnight mail.

14   3.    A true and correct copy of a seven-page PDF set of text messages and

15   WhatsApp messages I received during discovery and produced by the Government as

16   DOJ PROD 0000023636 is referenced in the Motions as **Exhibit "B."** This comprises

17   CBP text and WhatsApp messages concerning CBP's "FBI arrest" of Mr. Terabelian and

18   Richard Ayvazyan at Miami International Airport. It will be filed under seal and served via

19   overnight mail.

20   4.    Transcription excerpts from video and audio recordings of interrogation,

21   DOJ PROD 0000023806 – 0000023810, are referenced in the motions as **Exhibit "C."**

22   5.    A true and correct copy of a four-page PDF document I received during

23   discovery and produced by the Government as DOJ PROD 000002339 is referenced in

24   the Motions as **Exhibit "D."** This comprises a CBP report entitled "TECS - Person

25   Query – Detail" concerning Terabelian. It will be filed under seal and served via overnight

26   mail.

27

28

6.     A true and correct copy of .mp4 video file I received during discovery and produced by the Government as DOJ PROD 0000023806 constitutes **Exhibit "E"** to the Motions. Copy of this .mp4 file will be served via overnight mail to the Court on a compact disc.

7.     A true and correct copy of .mp4 video file I received during discovery and produced by the Government as DOJ PROD 0000023807 constitutes **Exhibit "F"** to the Motions. Copy of this .mp4 file will be served via overnight mail to the Court on a compact disc.

8.     A true and correct copy of .mp4 video file I received during discovery and produced by the Government as DOJ PROD 0000023808 constitutes **Exhibit "G"** to the Motions. Copy of this .mp4 file will be served via overnight mail to the Court on a compact disc.

9.     A true and correct copy of .mp4 video file I received during discovery and produced by the Government as DOJ PROD 0000023809 constitutes **Exhibit "H"** to the Motions. Copy of this .mp4 file will be served via overnight mail to the Court on a compact disc.

10.     A true and correct copy of .mp4 video file I received during discovery and produced by the Government as DOJ PROD 0000023810 is referenced in the Motions as **Exhibit "I."** Copy of this .mp4 file will be served via overnight mail to the Court on a compact disc.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on this 8th day of March, 2021 at Glendale, California.

                                        */s/ Ryan V. Fraser*
                                        Declarant

DECLARATION OF RYAN V. FRASER IDENTIFYING EXHIBITS IN SUPPORT OF
MOTIONS TO SUPPRESS

# CERTIFICATE OF SERVICE

I declare that I am a citizen of the United States and I am a resident and employed in Los Angeles, California; that my business address is 601 W. 6th Street, Suite 720, Los Angeles, CA 90071; that I am over the age of 18 and not a party to the above-entitled action.

I am employed by a member of the United States District Court for the Central District of California, and at whose direction I caused service of the foregoing document entitled **DECLARATION OF RYAN V. FRASER IDENTIFYING EXHIBITS IN SUPPORT OF MOTIONS TO SUPPRESS** on all interested parties as follows:

**[X]**     **BY ELECTRONIC TRANSMISSION:** by electronically filing the foregoing with the Clerk of the District Court using its CM/ECF System pursuant to the Electronic Case Filing provision of the United States District Court General Order and the E-Government Act of 2002, which electronically notifies all parties in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 9, 2021 at Pasadena, California.

*/s/ Elizabeth Garcia*
Elizabeth Garcia