# EXHIBIT C

Excerpt Of Transcript From DOJ PROD 0000023808

DOJ_PROD_0000023808

**Time of Day: 22:00:51; Video Minute Mark: 0:39:18**

**MARIETTA TERABELIAN:** Yeah.  First, I need to know what I did.

**OFFICER:** Um --

**MARIETTA TERABELIAN:** I need to know too, for me, I think.

**OFFICER:** I really don't know how to answer that question because the people making the decisions are above my boss.

**MARIETTA TERABELIAN:** Oh.

**OFFICER:** So, I really don't know.

**MARIETTA TERABELIAN:** What time I can sit with husband?  We already gave a statement.

**OFFICER:** Right, but they're conflicting.  Your statements are

**[00:40:00]**

not the same statements.  And you were traveling with credit cards under other people's names.