# EXHIBIT E

DOJ PROD 0000023806

**Manually Lodged for Filing**