# EXHIBIT F

DOJ PROD 0000023807

**Manually Lodged for Filing**