# EXHIBIT G

DOJ PROD 0000023808

**Manually Lodged for Filing**