# EXHIBIT H

DOJ PROD 0000023809

**Manually Lodged for Filing**