# EXHIBIT 1

```
PAGE 01   08/09/20  16:31:51 FBII PRINT REQUESTED BY TERMINAL FBII
TO: FBII   FROM: CLETS                    08/09/20  16:31:22
4BSRHFBIIZ.IY
RE: QYP.CAFBILA00.NAM/AYVAZYAN,RICHARD.DOB/▓▓▓▓▓▓▓▓
RESPONSE TO QYP INQUIRY

DATA IN APPS.
****************** NO HITS FOUND ******************

END APPS RESPONSE.

*** NOTICE: A 'NO HITS' RESPONSE IN APPS INDICATES THE SUBJECT
    IS NOT CURRENTLY LISTED IN THE DATABASE.  THE SUBJECT MAY BE
    PROHIBITED AND/OR MAY BE IN POSSESSION OF FIREARMS.

*******
TO: FBII   FROM: CLETS                    08/09/20  16:31:23
4BSRHFBIIZ.IG
CAFBILA00 RE: QGH.CAFBILA00.NAM/AYVAZYAN,RICHARD.DOB/▓▓▓▓▓▓▓.CCC/9999

RESPONSE TO QGH INQUIRY

DATA IN AFS.

* DROS - PRIVATE PARTY TRANSFER
SER/Z182769 MAK/TAS TAURUS FORJAS CAL/38
TYP/PR PISTOL  REVOLVER MOD/ULTRALITE
DOT/20120203 BBL/2 COL/CHROME/STAINLESS
 *** PURCHASER INFORMATION ***
NAM/AYVAZYAN,ARTUR DOB/▓▓▓▓▓▓▓▓ OLN/▓▓▓▓▓▓▓▓
ADR/▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
CTY/ENCINO ST/CA ZIP/91316 CCC/1900
 *** SELLER/TRANSFEROR INFORMATION ***
SNM/AYVAZYAN,RICHARD SDB/▓▓▓▓▓▓▓▓ SDL/▓▓▓▓▓▓▓▓
SDD/▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
SCY/SHERMAN OAKS SST/CA SZC/91403 CCC/1900
 *** DEALER INFORMATION ***
DLR/GUN WORLD DID/21626
DDD/2412 W MAGNOLIA BLVD
DCY/BURBANK DST/CA DZC/91506 DCC/1900 DTN/818-238-9071
ORI/CA0191200 - BURBANK PD OCA/T6154463
FCN/2441204000634

* DROS - PRIVATE PARTY TRANSFER
SER/463384 MAK/WAL CARL WALTHER CAL/40
TYP/PI PISTOL  SEMI-AUTOMATIC MOD/P99
DOT/20120203 BBL/4 COL/OTHER, MULTICOLOR
 *** PURCHASER INFORMATION ***
NAM/AYVAZYAN,ARTUR DOB/▓▓▓▓▓▓▓▓ OLN/▓▓▓▓▓▓▓▓
ADR/▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
CTY/ENCINO ST/CA ZIP/91316 CCC/1900
 *** SELLER/TRANSFEROR INFORMATION ***
SNM/AYVAZYAN,RICHARD SDB/▓▓▓▓▓▓▓▓ SDL/▓▓▓▓▓▓▓▓
SDD/▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
SCY/SHERMAN OAKS SST/CA SZC/91403 CCC/1900
 *** DEALER INFORMATION ***
DLR/GUN WORLD DID/21626
DDD/2412 W MAGNOLIA BLVD
DCY/BURBANK DST/CA DZC/91506 DCC/1900 DTN/818-238-9071
```

Confidential Information Subject to Protective Order

DOJ_PROD_0000002185

```
ORI/CA0191200 - BURBANK PD OCA/T6154324
FCN/2441203900825

* DROS - PRIVATE PARTY TRANSFER
SER/K277122 MAK/KIE KIMBER CAL/45
TYP/PI PISTOL  SEMI-AUTOMATIC MOD/TACTICALCU
DOT/20120203 BBL/5 COL/BLACK
 *** PURCHASER INFORMATION ***
NAM/AYVAZYAN,ARTUR DOB/▇▇▇▇▇▇▇ OLN/▇▇▇▇▇▇▇
ADR/▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
CTY/ENCINO ST/CA ZIP/91316 CCC/1900
 *** SELLER/TRANSFEROR INFORMATION ***
SNM/AYVAZYAN,RICHARD SDB/▇▇▇▇▇▇▇ SDL/▇▇▇▇▇▇▇
SDD/▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
SCY/SHERMAN OAKS SST/CA SZC/91403 CCC/1900
 *** DEALER INFORMATION ***
DLR/GUN WORLD DID/21626
DDD/2412 W MAGNOLIA BLVD
DCY/BURBANK DST/CA DZC/91506 DCC/1900 DTN/818-238-9071
ORI/CA0191200 - BURBANK PD OCA/T6154352
FCN/2441203900817

* DROS - PRIVATE PARTY TRANSFER
SER/S253630 MAK/SSS SAUER, J. P., & SONS CAL/380
TYP/PI PISTOL  SEMI-AUTOMATIC MOD/P232
DOT/20120203 BBL/3-5 COL/CHROME/STAINLESS
 *** PURCHASER INFORMATION ***
NAM/AYVAZYAN,ARTUR DOB/▇▇▇▇▇▇▇ OLN/▇▇▇▇▇▇▇
ADR/▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
CTY/ENCINO ST/CA ZIP/91316 CCC/1900
 *** SELLER/TRANSFEROR INFORMATION ***
SNM/AYVAZYAN,RICHARD SDB/▇▇▇▇▇▇▇ SDL/▇▇▇▇▇▇▇
SDD/▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
SCY/SHERMAN OAKS SST/CA SZC/91403 CCC/1900
 *** DEALER INFORMATION ***
DLR/GUN WORLD DID/21626
DDD/2412 W MAGNOLIA BLVD
DCY/BURBANK DST/CA DZC/91506 DCC/1900 DTN/818-238-9071
ORI/CA0191200 - BURBANK PD OCA/T6154332
FCN/2441203900811

* DROS - PRIVATE PARTY TRANSFER
SER/MBP0164 MAK/SW SMITH AND WESSON CAL/44
TYP/PR PISTOL  REVOLVER MOD/629
DOT/20120203 BBL/3 COL/CHROME/STAINLESS
 *** PURCHASER INFORMATION ***
NAM/AYVAZYAN,ARTUR ▇▇▇▇▇▇▇▇▇▇▇▇ OLN/▇▇▇▇▇▇▇
ADR/▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
CTY/ENCINO ST/CA ZIP/91316 CCC/1900
 *** SELLER/TRANSFEROR INFORMATION ***
SNM/AYVAZYAN,RICHARD SDB/▇▇▇▇▇▇▇ SDL/▇▇▇▇▇▇▇
SDD/▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
SCY/SHERMAN OAKS SST/CA SZC/91403 CCC/1900
 *** DEALER INFORMATION ***
DLR/GUN WORLD DID/21626
DDD/2412 W MAGNOLIA BLVD
DCY/BURBANK DST/CA DZC/91506 DCC/1900 DTN/818-238-9071
ORI/CA0191200 - BURBANK PD OCA/T6154344
FCN/2441203900809
```

```
* DROS - DEALER SALE
SER/K277122 MAK/KIT KIMBER CAL/A5
TYP/P PISTOL  MOD/TACTCUSTO
DOT/20090922 BBL/5
 *** PURCHASER INFORMATION ***
NAM/AYVAZYAN,RICHARD DOB/▮▮▮▮▮▮▮▮ OLN/▮▮▮▮▮▮▮▮
ADR/▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
CTY/ENCINO ST/CA ZIP/91316 CCC/1900
ORI/CA0191200 - BURBANK PD OCA/T4802210
FCN/2440926800752

* DROS - DEALER SALE
SER/463384 MAK/WAL CARL WALTHER CAL/40
TYP/PI PISTOL  SEMI-AUTOMATIC MOD/P99MILITAR
DOT/20090624 BBL/4-12
 *** PURCHASER INFORMATION ***
NAM/AYVAZYAN,RICHARD DOB/▮▮▮▮▮▮▮▮ OLN/▮▮▮▮▮▮▮▮
ADR/▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
CTY/ENCINO ST/CA ZIP/91316 CCC/1900
ORI/CA0194200 - LAPD OCA/T4689866
FCN/2740918000606

* DROS - DEALER SALE
SER/CJY2168 MAK/SW SMITH AND WESSON CAL/32
TYP/P PISTOL  MOD/431PD
DOT/20071218 BBL/1-87
 *** PURCHASER INFORMATION ***
NAM/AYVAZYAN,RICHARD DOB/▮▮▮▮▮▮▮▮ OLN/▮▮▮▮▮▮▮▮
ADR/▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
CTY/WOODLAND HILLS ST/CA ZIP/91367 CCC/1900
ORI/CA0191200 - BURBANK PD OCA/T3970513
FCN/2440735700105

* DROS - DEALER SALE
SER/ZI82769 MAK/TAS TAURUS FORJAS CAL/38
TYP/P PISTOL  MOD/85CHULT
DOT/20071003 BBL/2
 *** PURCHASER INFORMATION ***
NAM/AYVAZYAN,RICHARD DOB/▮▮▮▮▮▮▮▮ OLN/▮▮▮▮▮▮▮▮
ADR/▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
CTY/ENCINO ST/CA ZIP/91316 CCC/1900
ORI/CA0191200 - BURBANK PD OCA/T3884092
FCN/2440728100522

* DROS - DEALER SALE
SER/S253630 MAK/SSS SAUER, J. P., & SONS CAL/380
TYP/PI PISTOL  SEMI-AUTOMATIC MOD/P232S
DOT/20031210 BBL/3-7
 *** PURCHASER INFORMATION ***
NAM/AYVAZYAN,RICHARD DOB/▮▮▮▮▮▮▮▮ OLN/▮▮▮▮▮▮▮▮
ADR/▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
CTY/NORTH HOLLYWOOD ST/CA ZIP/91605 CCC/1900
ORI/CA0191200 - BURBANK PD OCA/T2506279
MIS/CABLE LOCK
FCN/2440335000282

END AFS RESPONSE.
```