# EXHIBIT 2

```
PAGE 01   10/27/20   14:07:44 FP11 PRINT REQUESTED BY TERMINAL FB11
TO: FB11   FROM: CLETS                10/27/20   14:03:12
4FBM0FB11T.IY
RE: QYP.CAFBILA00.NAM/AYVAZYAN,ARTHUR.DOB/
RESPONSE TO QYP INQUIRY

DATA IN APPS.
****************** NO HITS FOUND ******************

END APPS RESPONSE.

*** NOTICE: A 'NO HITS' RESPONSE IN APPS INDICATES THE SUBJECT
    IS NOT CURRENTLY LISTED IN THE DATABASE.  THE SUBJECT MAY BE
    PROHIBITED AND/OR MAY BE IN POSSESSION OF FIREARMS.

*******
TO: FB11   FROM: CLETS                10/27/20   14:03:14
4FBM0FB11T.IG
CAFBILA00 RE: QGH.CAFBILA00.NAM/AYVAZYAN,ARTHUR.DOB         .CCC/9999

RESPONSE TO QGH INQUIRY

DATA IN AFS.

* DROS - PRIVATE PARTY TRANSFER
SER/463384 MAK/WAL CARL WALTHER CAL/40
TYP/PI PISTOL   SEMI-AUTOMATIC MOD/P99
DOT/20130203 BBL/4 COL/OTHER, MULTICOLOR
 *** PURCHASER INFORMATION ***
NAM/                              DOB/           OLN/
ADR/
CTY/SIMI VALLEY ST/CA ZIP/93065 CCC/5600
 *** SELLER/TRANSFEROR INFORMATION ***
SNM/AYVAZYAN,ARTHUR SDB/          SDL/
SDD/
SCY/SIMI VALLEY SST/CA SZC/91316 CCC/1900
 *** DEALER INFORMATION ***
DLR/TURNER'S OUTDOORSMAN DID/16582
DDD/19329 VAN OWEN ST
DCY/RESEDA DST/CA DZC/91335 DCC/1900 DTN/818-996-5033
ORI/CA0194200 - LAPD OCA/T7058173
FCN/2741304001057

END AFS RESPONSE.
```

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

DOJ_PROD_0000154368