# EXHIBIT 10

FD-302 (Rev. 5-8-10)

- 1 of 2 -



**FEDERAL BUREAU OF INVESTIGATION**

Date of entry     03/18/2021

On March 16, 2021, Writer learned that the referenced Serial had an incorrect date of July 15, 2020 and incorrectly listed the Honorable Steve Kim, Magistrate Judge. The purpose of this report is to correct the search warrant issuance date to November 3, 2020 and include the Honorable Alka Sagar as the correct Magistrate Judge.

On November 5, 2020, the Federal Bureau of Investigation (FBI) with the assistance of the Internal Revenue Service (IRS), executed a search warrant for the premises known as 4910 Topeka Drive Tarzana, California 91356. This search was executed pursuant to a warrant issued by the United States District Court for the Central District of California on November 3, 2020 by the Honorable Alka Sagar, United States Magistrate Judge.

The search of the premises began at approximately 7:45 am and concluded at approximately 1:15 pm. A total of forty nine (49) items of evidence were collected, and are listed on the Evidence Collected Item Log and the FD-597 Receipt for Property.

The law enforcement personnel who were present at the search scene are as follows:

- SA Justin Palmerton, FBI
- SA Lynne Zellhart, FBI
- OST Teresa Venegas, FBI
- SA Remoun Karlous, IRS
- SA Lynn Antolyn, IRS
- SA Michael Schwartz, IRS
- SA Geffrey Clark, IRS
- SA James O'Leary, IRS
- SA Richard Nadas, IRS
- SA Sung Min Cho, IRS
- SA Ben Beck, FBI
- SA Lauren Calhoun, FBI
- SA Hans Park, FBI

Investigation on   11/05/2020   at  Los Angeles, California, United States (In Person)

File #  290-LA-3280255                                        Date drafted   03/18/2021

by  Justin Palmerton

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                        DOJ_PROD_0000154470

FD-302a (Rev. 5-8-10)

29O-LA-3280255

(U) Executed Search Warrant - 4910 Topeka
Continuation of FD-302 of Drive Tarzana, California _____ , On 11/05/2020 , Page 2 of 2

- SA Ben Shields, FBI
- SA Matt Grimes, FBI
- SA Mousa Rahib, IRS
- SA Susan Obrien, FBI
- SA Rodger Keeton, IRS
- SA Ryan Roberson, IRS
- SA Christina Clyburn, FBI
- SA Garrett Sumpter, FBI
- SA Steven Bells, IRS
- SA John Khel, IRS
- SA Jennifer Lau, IRS
- SA Daniel Andampour, FBI
- SA Caitlin Bowdler, FBI
- OST Keith Tennyson, FBI

Individuals at the property during the search were:

- Richard Ayvazyan (AYVAZYAN), DOB: August 2, 1978
- Marietta Terabelian (TERABELIAN), DOB: April 2, 1984

Once the search was completed, exit photographs were taken and copies of the search warrant and FD-597 Property Receipt were left with AYVAZYAN and TERABELIAN.

The collected evidence, excluding valuables, was transported by Writer to an appropriate FBI Los Angeles Evidence facility. Evidence identified as valuables were transported by SA Lynne Zellhart and SA Caitlyn Bowdler to an appropriate FBI Los Angeles Evidence facility.

Copies of the Search Warrant, FD-597, Photo Log, Photographs, Property Sketch, Sign-In Log and Evidence Collected Log are all attached to this report as a 1A.

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                    DOJ_PROD_0000154471