# EXHIBIT 14



**Encore Escrow Company Inc.**

23901 Calabasas Rd., #1033, Calabasas, CA 91302

(818) 224-2788 • Fax: (818) 224-2789

Mr. Richard Ayvazyan and Mrs. Marietta Terabelian

Encino, CA 91316

Date: June 25, 2020
Escrow No. 16951-JP
Re:
Tarzana, CA 91356

Dear Mr. Ayvazyan and Mrs. Terabelian:

The above referenced escrow closed on June 25, 2020. In connection therewith, we are enclosing the following documents:

    Check payable to you in the amount of $1,145.22
    Closing/Settlement Statement. PLEASE RETAIN FOR INCOME TAX PURPOSES.
    Home Protection Policy
    Natural Hazard Disclosure Receipts signed by all
    Los Angeles Building & Safety Report
    Retrofitting Invoice
    Fully Executed Certificate of Compliance
    Seller's FIRPTA
    Seller's 593-C Withholding Form

Your escrow will be held by our office for a period of five years from the close of escrow. It has been a pleasure to have handled your escrow, and we trust we may be of service to you in the future.

Sincerely,
Encore Escrow Company, Inc.

*Jenica Piynik*
Escrow Officer



**Encore Escrow Company Inc.**

23901 Calabasas Rd., #1033, Calabasas, CA 91302

(818) 224-2788 • Fax: (818) 224-2789

Prepared by: Jenica Pivnik

## BUYER'S FINAL SETTLEMENT STATEMENT

| **PROPERTY:** | Tarzana, CA 91356 | **DATE:** | June 25, 2020 |
|---|---|---|---|
| | | **CLOSING/RECORD DATE:** | June 25, 2020 |
| | | **CLOSE/SIGNING DATE:** | June 25, 2020 |
| | | **DISBURSEMENT DATE:** | June 25, 2020 |
| **BUYER:** | Richard Ayvazyan and Marietta Terabelian | **ESCROW NO.:** | 16951-JP |

| | DEBITS | CREDITS |
|---|---:|---:|
| **FINANCIAL CONSIDERATION** | | |
| Total Consideration | 3,250,000.00 | |
| Deposit from Allstate Towing Transport LLC FBO Buyer | | 93,000.00 |
| Deposit from Inception Ventures, Inc. FBO Buyer | | 65,000.00 |
| Deposit from Marietta Terabelian | | 565,000.00 |
| Deposit from Inception Ventures, Inc. FBO Buyer | | 435,000.00 |
| Deposit from Time Line Transport Inc. | | 110,000.00 |
| New 1st Trust Deed - Gregory Shirin and Private Money Solutions, Inc. | | 2,112,500.00 |
| **LOAN INFORMATION - Gregory Shirin and Private Money Solutions, Inc.** | | |
| **[Charges $114,588.45]** | | |
| Origination Charge | 63,375.00 | |
| BPO | 750.00 | |
| Background Check | 390.00 | |
| Processing Fee | 750.00 | |
| Underwriting Fee | 695.00 | |
| Legal/Doc Draw Fee | 1,150.00 | |
| Prepaid Interest less $1976.65 | 47,478.45 | |
| **PRORATIONS/ADJUSTMENTS** | | |
| County Taxes at $18,414.78/semi-annually from 06/25/2020 to 07/01/2020 | 613.83 | |
| **OTHER DEBITS/CREDITS** | | |
| State Farm Insurance Companies for Homeowner's Insurance | 6,044.00 | |
| Sunrun, Inc. for Fee to Waive Credit Requirement | 250.00 | |
| **TITLE/TAXES/RECORDING CHARGES - Progressive Title Company** | | |
| Title - Lender's Title Insurance | 1,843.00 | |
| Title - Notary Fee to Rosario P. Flores | 250.00 | |
| Title - Sub Escrow Fee | 62.50 | |
| Title - Wire Fee/Inspection Fee | 100.00 | |
| Recording Grant Deed | 34.00 | |
| Recording Trust Deed | 159.00 | |
| Recording Service Fee | 20.00 | |
| **ESCROW CHARGES - Encore Escrow Company, Inc.** | | |
| Title - Escrow Fee $1.50/thou+$200 base | 5,075.00 | |
| Title - Loan Tie-In Fee | 250.00 | |
| Title - Messenger Fee | 65.00 | |
| **Total Refund** | 1,145.22 | |
| **TOTAL** | $ 3,380,500.00 | $ 3,380,500.00 |

**SAVE THIS STATEMENT FOR INCOME TAX PURPOSES**