# EXHIBIT 15



Confidential Information Subject To Protective Order

DOJ_PROD_0000005358



Confidential Information Subject To Protective Order

DOJ_PROD_0000005361



Confidential Information Subject To Protective Order

DOJ_PROD_0000005362



Confidential Information Subject To Protective Order

DOJ_PROD_0000005359



Confidential Information Subject To Protective Order

DOJ_PROD_0000005360