# EXHIBIT 16





```
TO ADD AN ADDITIONAL CUSTOMER:
ROLE TYPE                                    EXTERNAL CUST ID              CB CODE

X = SELECT        D = DELETE    S = SWAP      U = UPDATE
ENTER = CU3       PF2 = PIR     PF3 = CU7     PF4  = CU2    PF5  = AIS    PF6  = CU4
PF7   = BKWD      PF8 = FWD     PF9 = CU5     PF10 = CU6    PF11 = ANH    PF12 = PI1

4B                      :00.1                                                  10/02
```

```
     @CU3  N18061161550356040215706
@CU3 ENP                CUSTOMER ADDRESS/PHONE/E-MAIL DETAIL     03/16/21 16:04:53
                        5302 = SYNCHRONY PSCC                           PAGE 2 OF 5

        EXT CUST ID: N18061161550356040215706         CUST/PIID RELATIONSHIPS: 001

            HOME: _                      FLAG:    TYPE:    UPDT DT:
        BUSINESS:                        FLAG:    TYPE:    UPDT DT:
          MOBILE:                        FLAG:    TYPE:    UPDT DT:
             FAX:                        FLAG:    TYPE:    UPDT DT:
           PAGER:                        FLAG:    TYPE:    UPDT DT:
    CLIENT CONT:                         FLAG:    TYPE:    UPDT DT:

          E-HOME:          @FIBERONEMEDIA.COM                 ST: Y     SL: Y
          E-WORK:                                             ST:       SL:

       ADDRESS 1:                             ADDR IND: Y VALD BYPS: Y ART: U
       ADDRESS 2:                             MAIL CODE: 075   MAIL CD UPD: 0
            CITY: ENCINO                      STATE: CA   ZIP/POST: 91316-3463
                                              BULK ID:

    PF3 = CU1     PF4  = CU2    PF6  = CU4    PF7  = BKWD       PF8 = FWD
    PF9 = CU5     PF10 = CU6    PF11 = PI1    PF12 = @ANS

4B                      :00.1                                                  07/16
```

```
     @CU3  N19099181124668164081659
@CU3 CD                 CUSTOMER DETAILS                        03/16/21 16:06:40
```

```
@C05 CD                  CUSTOMER DETAILS                    03/16/21 10:00:40
                     5302 = SYNCHRONY PSCC                       PAGE 1 OF 5

       EXT CUST ID: N1909918112466816408165 9      CUST/PIID RELATIONSHIPS: 001

           CUST NAME: ABELIAN,MARIETA T            NAME SEQ CODE: 0
       ALT CUST NAME:                                      BRLL IN:
              PREFIX:                     QUALIFICATION:
          FIRST NAME:
         MIDDLE NAME:
           LAST NAME:
              SUFFIX:                     TITLE:
     CL ASSGND CUST #:
                 DOB: 07071980       SSN/SIN:              COMBINE: Y
       DECEASED CODE: N          EMPLOYEE CODE:     MOTHERS MDN NAME:
     SALUTATION CODE: U      SOLICITATION CODE:     CCC ID:
     NAME OVERRIDE CD:       ADDRESS OVERRIDE CD:
         LAST CHG DT: 04092019                LAST CHG CODE: 79168
       LAST CHG TIME: 18:11:24              LAST CHG SOURCE: MQ38 188

    PF3 = CU1    PF4  = CU2   PF5  = CU3 CIM  PF6  = CU4      PF8 = FWD
    PF9 = CU5    PF10 = CU6   PF11 = PI1       PF12 = @ANS


   @CMS CISDISPLAY
 M[        ],S[      ]**                  **ENCINO*CA*91316-3463*          6605*0
                                                            ACCOUNT #      6605
 CMDS   S=SELECT   C/U=UPDATE    D=DELETE                                PAGE 012
 C USER  TYPE   DATE   TIME                  MEMO TEXT
   188   ECS    050619 1608 CCTR - LOGIN SUCCESS - [SUSANNA644]
   188   ECS    050619 1350 CCTR - LOGIN SUCCESS - [SUSANNA644]
   WEB   ECS    050319 1715 DEPT: CCTR CALLER: NA REASON: EBill Notify STATUS:  s+
   188   ECS    050319 1311 CCTR - LOGIN SUCCESS - [SUSANNA644]
   188   ECS    050219 1525 CCTR - LOGIN SUCCESS - [SUSANNA644]
   ##    CITCHG 050219 0042 CIT EFF          20190702     !2839LF! NRML
   ##    975    050219 0042 JR12A001 DEFERRED/NO INT IF PD IN FULL
   PI8   WS     050119 1358 CONTACT METHOD:PHONE || CALLER TYPE:AUTHORIZED USER |+
   NA    969    041219 0000 MDPLNA  Plastic Inserts Sent = 01
   ##    763    041119 0036 NM-763 = E; PREV EBPP INDICATOR =
   188   762    041019 1902 NM-762 = 0000015006; PREV UNIQUE ID = 0000000000
```

```
 188 ECS        041019 1902 CCTR - EBILL ENROLL
 188 ECS        041019 1902 CCTR - LOGIN SUCCESS - [SUSANNA644]
 188 194        041019 0000  PID-194 CARDS = 001 MARIETA T ABELIAN
 188 13         040919 1811 PID-013 = 001;  PREV PI COUNT = 000
  ## 9542       040919 1811 NM954-02N19099181124668164081659CUST NEW ROLE = 03
 F2=ADD NEW MEMO    PF5=PI1         F7=BACK  F8=FORWARD

SELECT A MEMO & ENTER OR PRESS PF KEY                        V2MEMTRN  00
                                                                       01/03

  @CMS CISDISPLAY
M         ,S      **                    **ENCINO*CA*91316-3463*          6605*0
                                                         ACCOUNT #            6605
CMDS  S=SELECT   C/U=UPDATE   D=DELETE                               PAGE 013
C USER  TYPE   DATE   TIME                      MEMO TEXT
  188 ECS       040919 1810 CCTR - OTP VALIDATION SUCCESS
  188 ECS       040919 1810 CCTR - OTP INITIATED
  188 ECS       040919 1805 CCTR - LOGIN SUCCESS - [SUSANNA644]
  188 ECS       040919 1805 CCTR - RESET SECURITY QUEST FLOW SUCCESSFUL
  MGT 9         030119 2006 NM-009 10000.00  ; OLD LINE = 35000.00
  188 ECS       112718 1418 CCTR - INCOME UPDATED SUCCESSFULLY
  188 ECS       112718 1418 CCTR - EMAIL ADDRESS UPDATED FROM :         @FIBERONEME+
  188 5699      112718 1418 NM-056 BUSINESS PHONE CHANGED FROM:          0000  14:18
  188 ECS       112718 1416 CCTR - LOGIN SUCCESS - [SUSANNA644]
  188 9         030718 1644 NM-009 35000.00  ; OLD LINE = 6000.00




 F2=ADD NEW MEMO    PF5=PI1         F7=BACK  F8=FORWARD

SELECT A MEMO & ENTER OR PRESS PF KEY                        V2MEMTRN  00
                                                                       01/03
```