John L. Littrell (SBN 221601)
jlittrell@bklwlaw.com
Ryan V. Fraser (SBN 272196)
rfraser@bklwlaw.com
**BIENERT KATZMAN LITTRELL WILLIAMS LLP**
601 W. 5th Street, Suite 720
Los Angeles, CA 90071
Telephone: (213) 528-3400
Facsimile: (949) 369-3701

Attorneys for Defendant MARIETTA TERABELIAN

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RICHARD AYVAZYAN, MARIETTA TERABELIAN, ARTUR AYVAZYAN, TAMARA DADYAN, MANUK GRIGORYAN, ARMAN HAYRAPETYAN, EDVARD PARONYAN, and VAHE DADYAN,<br>Defendants. | Case No. 2:20-cr-579-SVW<br>Hon. Stephen V. Wilson<br>**DECLARATION OF RYAN V. FRASER IDENTIFYING EXHIBITS IN SUPPORT OF MARIETTA TERABELIAN'S MOTION TO SUPPRESS OR EXCLUDE JAIL CALLS**<br>Hearing Date: June 14, 2021<br>Trial Date: June 15, 2021 |

I , Ryan V. Fraser, declare as follows:

1. I am an attorney admitted to practice in the State of California, and an attorney at the law firm of Bienert Katzman Littrell Williams, LLP, attorneys for defendant Marietta Terabelian in this action. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath. I submit this declaration in support of Marietta Terabelian's Motion *In Limine* to Exclude Jail Calls.

2. A true and correct copy of a three-page PDF letter I received via email from government counsel is referenced in the Motion as **Exhibit "A."** This constitutes the government's May 22, 2021, expert-notice letter accompanying its proposed translations from the Armenian language of what the government claims to be two "recorded calls made by defendant Marietta Terabelian while she was in custody in the Broward County jail."

3. A true and correct copy of a two-page PDF I received via email from government counsel on May 22, 2021, is referenced in the Motion as **Exhibit "B."** This constitutes the government's proposed "side-by-side Armenian transcription/translation" of one such call.

4. A true and correct copy of another two-page PDF I received via email from government counsel on May 22, 2021, is referenced in the Motion as **Exhibit "C."** This constitutes the government's proposed "side-by-side Armenian transcription/translation" of the other call.

5. A true and correct copy of a two-page PDF I created is referenced in the Motion as **Exhibit "D."** The data in this government-supplied index purport to indicate the date and times of Terabelian's jail calls. I created the PDF exhibit by printing as a PDF the .html file the government sent in discovery and then redacting personally identifying information and the file path.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on this 31st day of May, 2021, at Glendale, California.

*/s/ Ryan V. Fraser*
Declarant

# CERTIFICATE OF SERVICE

I declare that I am a citizen of the United States and I am a resident and employed in Los Angeles, California; that my business address is 601 W. 6th Street, Suite 720, Los Angeles, CA 90071; that I am over the age of 18 and not a party to the above-entitled action.

I am employed by a member of the United States District Court for the Central District of California, and at whose direction I caused service of the foregoing document entitled **DECLARATION OF RYAN V. FRASER IDENTIFYING EXHIBITS IN SUPPORT OF MARIETTA TERABELIAN'S MOTION TO SUPPRESS OR EXCLUDE JAIL CALLS** on all interested parties as follows:

**[X]** **BY ELECTRONIC TRANSMISSION:** by electronically filing the foregoing with the Clerk of the District Court using its CM/ECF System pursuant to the Electronic Case Filing provision of the United States District Court General Order and the E-Government Act of 2002, which electronically notifies all parties in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 31, 2021 at Los Angeles, California.

*/s/ Elizabeth Garcia*
Elizabeth Garcia