# EXHIBIT A



# United States Department of Justice

## United States Attorney's Office
## Central District of California

*Scott Paetty/Catherine Ahn/Christopher Fenton*
*Phone:     (213) 894-6527 / 2424/ (202) 320-0539*
*Facsimile: (213) 894-6269*
*E-mail:  spaetty@usdoj.gov/*
*catherine.ahn@usdoj.gov/christopher.fenton@usdoj.gov*

*1100 United States Courthouse*
*312 North Spring Street*
*Los Angeles, California 90012*

**BY EMAIL**

May 22, 2021

Ashwin J. Ram
Michael A. Keough
Nicholas P. Silverman
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

*Counsel for Richard Ayvazyan*

David D. Diamond
Diamond and Associates
3500 West Olive Avenue
Suite 300
Burbank, California 91505

John Lewis Littrell
Bienert Katzman PC
903 Calle Amanecer Suite 350
San Clemente, CA 92673

*Counsel for Marietta Terabelian*

Thomas A. Mesereau, Jr.
Mesereau Law Group
10100 Santa Monica Boulevard Suite 300
Los Angeles, CA 90067

Jennifer J. Wirsching
Attorney at Law
1935 Alpha Road Suite 216
Glendale, CA 91208

*Counsel for Artur Ayvazyan*

Fred G. Minassian
Law Offices of Fred G. Minassian, Inc.
101 N. Brand Blvd., Suite 1970
Glendale, CA 91203

*Counsel for Tamara Dadyan*

John David Hanusz
Hanusz Law, PC
800 Wilshire Blvd, Ste 1050
Los Angeles, CA 90017-2672

*Counsel for Manuk Grigoryan*

Jilbert Tahmazian
Tahmazian Law Firm, P.C.
1518 West Glenoaks Boulevard
Glendale, CA 91201

*Counsel for Arman Hayrapetyan*

Michael Freedman
The Freedman Firm
800 Wilshire Blvd., Suite 1050
Los Angeles, CA 90017

*Counsel for Edvard Paronyan*

Peter Johnson
Peter Johnson Law
409 North Pacific Coast Hwy, 651
Redondo Beach, California 90277

*Counsel for Vahe Dadyan*

RE: <u>United States v. Ayvazyan et. al</u>
May 22, 2021
Page 2

      Re:    <u>United States v. Ayvazyan et. al</u>,
               No. CR 2:20-cr-00579-SVW
               Expert Notice re Foreign Language Translations

Dear Counsel:

      This letter constitutes the government's disclosure, pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G), of a witness intended to be called as an expert during the trial in the above-referenced case. In addition, pursuant to Rule 16(b)(1)(C) of the Federal Rules of Criminal Procedure, the government hereby requests from defendants disclosure of testimony they intend to use under Rule(s) 702, 703 and/or 705 of the Federal Rules of Evidence as evidence at trial.

      Pursuant to Rules 702, 703, and/or 705 of the Federal Rules of Evidence, the government intends to introduce at trial the testimony of Armenian Language Specialist Artur Hakobyan. Mr. Hkobyan's C.V. is attached to this letter. The government anticipates that Mr. Hakobyan will testify about his background, training, experience, and qualifications as a translator and Armenian language specialist. The government further anticipates that Mr. Hakobyan will testify that he has reviewed and has certified the accuracy of the attached translations, which were based on recordings that were previously produced to you at DOJ_PROD_0000016803-DOJ_PROD_0000016817.

      The bases and reasons for Mr. Hakobyan's opinions are his training and experience, and his review of the recorded calls made by defendant Marietta Terabelian while she was in custody in the Broward County jail.

//

RE: United States v. Ayvazyan et. al
May 22, 2021
Page 3

 

The government reserves the right to provide further notice of other translations and transcripts that it may intend to use at trial.

Please let us know immediately if you have any objections to the expert disclosure, or to anything else in this letter. Also, contact us if you have any questions, or would like to further discuss any of the matters raised above.

Very truly yours,

SCOTT PAETTY
CATHERINE AHN
Assistant United States Attorneys
Major Frauds Section

Christopher Fenton
Trial Attorney
Department of Justice
Criminal Division