# EXHIBIT B

*10.65.0.21-45fa121f0a4100152cf15435a185e734_1*
*US v. Ayvazyan, et al*
*Page 1 of 3*

## SIDE-BY-SIDE ARMENIAN TRANSCRIPTION/TRANSLATION

**Tape No.:** 10.65.0.21-45fa121f0a4100152cf15435a185e734_1
**Duration:** 1 minute 29 seconds

**PARTICIPANTS:**
FV1:        Female Voice 1

**ABBREVIATIONS:**
| *Italics* | Originally spoken in English | | |
|---|---|---|---|
| [UI] | Unintelligible | [ԱՇ] | Անհասկանալի |
| [OV] | Overlapping Voices | [ՁՁ] | Զուգահեռ Ձայներ |
| [PH] | Phonetic Sound | [ՀՆ] | Հնչունական |
| [ ] | Background, Noise Notations | [ ] | Աղմուկ |

*10.65.0.21-45fa121f0a4100152cf15435a185e734_1*
*US v. Ayvazyan, et al*
*Page 2 of 3*

| | **Speaker** | **Transcription** | **Translation** |
|---|---|---|---|
| 1 | | [Ձայնագրության Սկիզբը] *To leave your calling party a voice message and send a text message to their cell phone with information on how to pay to listen to the voice message please press 1. Please record your message after the beep.* | [Beginning of recording] *To leave your calling party a voice message and send a text message to their cell phone with information on how to pay to listen to the voice message please press 1. Please record your message after the beep.* |
| 2 | FV1: | [ԱՀ] Լսի ինչ եմ ասում: Գնա... ըըը... Մեր... Մամանց ասա *Miami Jail* ում ենք ես ուր Ռիչն էլ երկուսս էլ: Ոչ մի բան, ոչ մի... բան- ասա իրանց, թող իմանան: Հրը, տունն էլ մաքրեք, մաքրեք ինչքան կարաք, ամեն ինչ: Մեկ էլ, ըըը... *please,* ըըը... [ԱՀ] բանը, մի մտածեք, մի մտածեք, *tomorrow* judge ենք տենալու: Վիքիին մի հատ խոսա, լյեռ ա պետք երկուսիս էլ վերցնել: Ու ով զանգի, ինչ ասի, ոչ մի բան չասեք ոչ մեկին: Լյեռ կվերցնենա, իմ ու Ռիչարդի համար: Վաղը առավոտ *we're gonna see, we're gonna go in front of a judge and I need... we both need a lawyer to be represented with. Please make sure you figure out where we are. We are at the Miami,* ըըը, *Miami jai*l-ն ա: Չգիտեմ, իմացեք անունը: *I don't know what the name is. Figure it out and send both of us [ԱՀ] a lawyer tomorrow... Wednesday morning.* Ասեցին, որ լյեռ ենք տենա... բան, *judge-* ի դեմ ենք էլնելու: *To accept this message and send please press 1, to review thank you for using the voicemail system. Good bye.* | [UI] Listen to what I am saying. Go... uhm... Our... Tell mom me and Rich are both at the *Miami Jail*. Nothing, none … tell them so they know. Uhm, and try to clean, clean the house as much as you can, everything. Also, uhm... *please,* uhm... [UI] whatchamacallit, don't worry, don't worry *tomorrow* we are going to see a *judge.* Talk to Viki, need to hire lawyers for both of us. And whoever calls, whatever they say, you shouldn't say anything to anyone. Hire a lawyer for me and Richard. Tomorrow morning, *we're gonna see, we're gonna go in front of a judge and I need... we both need a lawyer to be represented with. Please make sure you figure out where we are. We are at the Miami, uhm, it is the Miami jail.* I don't know, find out the name. *I don't know what the name is. Figure it out and send both of us [UI] a lawyer tomorrow... Wednesday morning.* They said we'll see the lawyer... whatchamacallit, will be in front of the *judge. To accept this message and send please press 1, to review* |

*Voice attributions herein were provided by someone other than the translator.*

*10.65.0.21-45fa121f0a4100152cf15435a185e734_1*
*US v. Ayvazyan, et al*
*Page 3 of 3*

|  |  |
|---|---|
|  | *thank you for using the voicemail system. Good bye.* |
| [Ձայնագրության Վերջ] | [End of Recording] |

*Voice attributions herein were provided by someone other than the translator.*
CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                    DOJ_PROD_0000163366