# EXHIBIT C

*10.82.0.21-45fe37540a5200153681fe9a09fedd59_1*
*US v. Ayvazyan, et al*
*Page 1 of 2*

## SIDE-BY-SIDE ARMENIAN TRANSCRIPTION/TRANSLATION

**Tape No.:** 10.82.0.21-45fe37540a5200153681fe9a09fedd59_1
**Duration:** 1:23 min

**PARTICIPANTS:**
FV1:          Female Voice 1

**ABBREVIATIONS:**
| *Italics* | Originally spoken in English | | |
|---|---|---|---|
| [UI] | Unintelligible | [ԱՇ] | Անհասկանալի |
| [OV] | Overlapping Voices | [ՋՁ] | Ջուգահեռ Ձայներ |
| [PH] | Phonetic Sound | [ՀՆ] | Հնչունական |
| [ ] | Background, Noise Notations | [ ] | Աղմուկ |

*10.82.0.21-45fe37540a5200153681fe9a09fedd59_1*
*US v. Ayvazyan, et al*
*Page 2 of 2*

| | Speaker | Transcription | Translation |
|---|---|---|---|
| 1 | **Recording:** | [Ձայնագրության Սկիզբը]<br>*To leave your call party a voice message and send a text message to their cell phone with information on how to pay to listen to the voice message, please press 1.*<br>*Please record your message after the beep.* | [Beginning of recording]<br>*To leave your call party a voice message and send a text message to their cell phone with information on how to pay to listen to the voice message, please press 1.*<br>*Please record your message after the beep.* |
| 2 | **FV1:** | *They... they told me, you know... I just spoke to somebody...* [ԱՀ] Բռնել են ք-ը ինձ ու Րիչարդին։ Ըտենց մի քա... ք-ը քարտ էր գտել, չգիտեմ ինչ էր արել։ Չեմ... *Anyway.* Շ-ը, մի մտածեք։ Լավ ենք։ *Don't worry. Just, uhm, tomorrow we are gonna be in front of a judge. You need to get us both a lawyer. For us to be represented with a lawyer. Uh, figure it out. Uh, you know the charges. I just was notified that you called and let them know. So* հանգիստ եմ *that you know.* Ինչքան կարաք տունը մաքրեք, *uhm.* Մեկ էլ, *I let Syuz know, please take care of the kids. Uhm, maybe you can take them to mom's, and they can stay over there. Until we figure out what's going on. Or, even, Suzi could watch them. She said, they're... they can go by her... she can pick them up and they can go over there.* Շ-ը, դուք էլ գնացեք մամայի մոտ։ *Okay? I am gonna try and call you again.* | *They... they told me, you know... I just spoke to somebody...* [UI] Richard and I, uhm, were caught. Some ca... uhm, found a card or don't know what. Don't... *Anyway.* Uhm, don't worry. We are all right. *Don't worry. Just, uhm, tomorrow we are gonna be in front of a judge. You need to get us both a lawyer. For us to be represented with a lawyer. Uh, figure it out. Uh, you know the charges. I just was notified that you called and let them know. So* I am calm *that you know.* Clean the house as much as you can, *uhm.* Also, *I let Syuz know, please take care of the kids. Uhm, maybe you can take them to mom's, and they can stay over there. Until we figure out what's going on. Or, even, Suzi could watch them. She said, they're... they can go by her... she can pick them up and they can go over there.* Uhm, you too go over to mom. *Okay? I am gonna try and call you again.* |
| 3 | **Recording:** | *To accept this message and send, please press 1. To review... Thank you for using* [ԱՀ] *voice mail system. Goodbye.* | *To accept this message and send, please press 1. To review... Thank you for using* [UI] *voice mail system. Goodbye.* |
| 4 | | [Ձայնագրության Վերջ] | [End of Recording] |

*Voice attributions herein were provided by someone other than the translator.*
CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                                                      DOJ_PROD_0000163368