# EXHIBIT D



| | indexsite name | call time | called party | dur (s) | originating port | name | account # | term code |
|---|---|---|---|---|---|---|---|---|
| Folder Name: | Marietta Terabelian 102220 | | # of recordings: | 14 | Creation Date: | 2020-10-22 10:43:07 | | |
| MP3 1 | Broward County - Main, FL | 10-20-2020 08:29:17 | ■ | | Booking 1 | MARIETTA TERABELIAN | 933701 | Call Ended |
| MP3 2 | Broward County - Main, FL | 10-20-2020 08:35:20 | ■ | | Booking 1 | MARIETTA TERABELIAN | 933701 | Call Ended |
| MP3 3 | Broward County - Main, FL | 10-20-2020 08:40:22 | ■ | | Booking 1 | MARIETTA TERABELIAN | 933701 | Call duration limit exceeded |
| MP3 4 | Broward County - Main, FL | 10-20-2020 08:57:54 | ■ | | Booking 1 | MARIETTA TERABELIAN | 933701 | Caller Hang up |
| MP3 5 | Broward County - Main, FL | 10-20-2020 16:44:47 | ■ | | 2B1 3 | MARIETTA TERABELIAN | 933701 | Call Ended |
| MP3 6 | Broward County - Main, FL | 10-20-2020 16:48:19 | ■ | | 2B1 3 | MARIETTA TERABELIAN | 933701 | Called party hangup |
| MP3 7 | Broward County - Main, FL | 10-20-2020 17:37:21 | ■ | | 2B1 3 | MARIETTA TERABELIAN | 933701 | Call Ended |
| MP3 8 | Broward County - Main, FL | 10-20-2020 17:42:20 | ■ | | 2B1 3 | MARIETTA TERABELIAN | 933701 | Called party hangup |
| MP3 9 | Broward County - Main, FL | 10-20-2020 17:58:40 | ■ | | 2B1 3 | MARIETTA TERABELIAN | 933701 | Called party hangup |
| MP3 10 | Broward County - Main, FL | 10-20-2020 18:23:05 | ■ | | 2B1 2 | MARIETTA TERABELIAN | 933701 | Called party hangup |
| MP3 11 | Broward County - Main, FL | 10-20-2020 19:09:07 | ■ | | 2B1 2 | MARIETTA TERABELIAN | 933701 | Called party hangup |
| MP3 12 | Broward County - Main, FL | 10-20-2020 19:26:55 | ■ | | 2B1 1 | MARIETTA TERABELIAN | 933701 | Call duration limit exceeded |
| MP3 13 | Broward County - Main, FL | 10-20-2020 19:39:12 | ■ | | 2B1 1 | MARIETTA TERABELIAN | 933701 | Call duration limit exceeded |
| MP3 14 | Broward County - Main, FL | 10-20-2020 19:59:53 | ■ | | 2B1 3 | MARIETTA TERABELIAN | 933701 | 3-way call detected |

**Terms and Conditions**

© 2011 Securus Technologies, Inc. All Rights Reserved.