**DECLARATION OF SCOTT PAETTY**

I, Scott Paetty, hereby declare and state as follows:

1.  I am an Assistant United States Attorney with the United States Attorney's Office for the Central District of California.  I am an attorney assigned to the case of <u>United States v. Richard Ayvazyan et al.</u>, No. 20-CR-579(A)-SVW.  I make this declaration in support of the government's opposition to defendant Marietta Terabelian's ("defendant") motion to suppress or exclude jail calls (ECF 393).

2.  Exhibit 1 is a true and correct copy of a Federal Bureau of Investigation 302 report regarding the arrests of defendant and codefendant Richard Ayvazyan on October 20, 2020, at Miami International Airport.  This document was Bates-stamped DOJ_PROD_0000021404 and produced in discovery.

3.  Exhibit 2 is a true and correct copy of the "Intake/Magistrate Duty Assignment" calendar for the United States Attorney's Office for the Southern District of Florida (the "USAO-SDFL") for the week of October 19, 2020.  I received a redacted version of this calendar, containing redactions applied by the USAO-SDFL for certain personally identifiable information, from the USAO-SDFL on June 4, 2021.

4.  In her motion, defendant challenges the admissibility of recordings and transcriptions of two recorded telephone calls that she made from the Broward County Jail in Florida on October 20, 2020.  The government previously produced in discovery the audio recordings of these jail calls, Bates-stamped as DOJ_PROD_0000016807 and DOJ_PROD_0000016814, as well as partially translated (Armenian-to-English) transcriptions for each call.  The audio recordings and

1  transcriptions reflect that these two jail calls are identified by
2  file names 10.65.0.21-45fa121f0a4100152cf15435a185e734_1.mp3 and
3  10.82.0.21-45fe37540a5200153681fe9a09fedd59_1.mp3, respectively.
4      5.   The government also previously produced an index of all
5  fourteen of the telephone calls defendant made from the Broward
6  County Jail on October 20, 2020, from approximately 8:29 a.m. to
7  approximately 7:59 p.m.  The index was produced in discovery as an
8  .html file and Bates-stamped as DOJ_PROD_0000016803.  The .html file
9  contains hyperlinks to each of the fourteen audio recordings of the
10 telephone calls.
11     6.   In reviewing the .html index file, I used my computer mouse
12 to "right-click" on the first two audio recording files in order to
13 view the "Properties" for each recording.  In so doing, I was able to
14 determine that the first audio-recorded call in the index, made at
15 approximately 8:29 a.m. on October 20, 2020, is identified by file
16 name 10.65.0.21-45fa121f0a4100152cf15435a185e734_1.mp3.  This is the
17 same file name for the transcription of the audio recording that
18 defendant attached to her motion as Exhibit B (ECF 393-3).
19 Similarly, I was able to determine that the second audio-recorded
20 call in the index, made at approximately 8:35 a.m. on October 20,
21 2020, is identified by file name 10.82.0.21-
22 45fe37540a5200153681fe9a09fedd59_1.mp3.  This is the same file name
23 for the transcription of the audio recording that defendant attached
24 to her motion as Exhibit C (ECF 393-4).
25     I declare under penalty of perjury under the laws of the United
26 //
27 //
28 //

2

States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on June 4, 2021.

_____
SCOTT PAETTY