# Memorandum



| Subject | Date |
|---|---|
| INTAKE/MAGISTRATE DUTY ASSIGNMENT | WEEK BEGINNING 10/19/2020 |

| To | From |
|---|---|
| ALL SECTIONS | , CHIEF MAJOR CRIMES |

**DUTY MAGISTRATE ALICIA M. OTAZO-REYES**
**10th Floor Tower Building**
*Afternoon Magistrate Court Session begins @ 1:30 p.m.*

| | **MAGISTRATE COURT DUTY** Economic/Environmental Crimes Section | **INTAKE DUTY** Major Crimes Section |
|---|---|---|
| **MONDAY 10/19/20** | **MARTA "MARTY" ELFENBEIN"** Ext. | JOSHUA PASTER Ext. |
| **TUESDAY 10/20/20** | **NO COURT** | STEPHEN DEMANOVICH Ext. |
| **WEDNESDAY 10/21/20** | **MARTA "MARTY" ELFENBEIN"** Ext. | JONATHAN BAILYN Ext. |
| **THURSDAY 10/22/20** | LINDSEY FRIEDMAN Ext. | CHRISTOPHER HUDOCK |
| **FRIDAY 10/23/20** | LINDSEY FRIEDMAN Ext. | YARA KLUKAS Ext. |

Daytime duty commences at 8:30 a.m. and ends at 5:30 p.m. AUSAs assigned to daytime duty are expected to remain in their office for duty referrals. If it becomes necessary to leave the office for a period of time during the day, the daytime duty assistant is responsible for arranging a replacement.

**NIGHT DUTY FOR DADE/MONROE – AUSA KIRAN BHAT**

*ASSET FORFEITURE DUTY AUSA – WILLIAM ZLOCH*