John L. Littrell (SBN 221601)
jlittrell@bklwlaw.com
Ryan V. Fraser (SBN 272196)
rfraser@bklwlaw.com
BIENERT KATZMAN LITTRELL WILLIAMS LLP
601 W. 5th Street, Suite 720
Los Angeles, CA 90071
Telephone: (213) 528-3400
Facsimile: (949) 369-3701

Attorneys for Defendant MARIETTA TERABELIAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  *Plaintiff,*<br><br>v.<br><br>RICHARD AYVAZYAN,<br>MARIETTA TERABELIAN,<br>*et al.*,<br><br>  *Defendants.* | Case No. 2:20-cr-00579-SVW<br><br>***EX PARTE* APPLICATION TO STAY MARIETTA TERABELIAN'S SENTENCING AND RESPONSE TO THE PRESENTENCE INVESTIGATION REPORT**<br><br>[Proposed Order Filed Concurrently]<br><br>Hon. Stephen V. Wilson |

Undersigned counsel hereby applies *ex parte* to stay Marietta Terabelian's October 4, 2021, sentencing until four weeks after she is located, and to suspend and toll the present September 13, 2021, deadline for objections to the presentence investigation report ("PSR") until two weeks after she is located. This application is based on the attached declaration of Ryan Fraser and the declaration of Ashwin J. Ram submitted in support of the similar *ex parte* application for similar relief as to Richard Ayvazyan, which was filed today as CM/ECF document number 954.

Dated: September 9, 2021               Respectfully submitted,

                                          BIENERT KATZMAN
                                        LITTRELL WILLIAMS LLP

                                        */s/ Ryan V. Fraser*
                                        John L. Littrell
                                        Ryan V. Fraser
                                        *Counsel for Defendant Marietta Terabelian*

## DECLARATION OF COUNSEL

I, Ryan V. Fraser, do declare and state:

1. I am licensed to practice in the State of California, and admitted to practice before this Court.

2. John L. Littrell and I currently represent Marietta Terabelian in this matter. Mr. Littrell and I have filed an application to withdraw from our representation of Ms. Terabelian. (Dkt. 942.)

3. On August 31, 2021, the government applied for a disclosure order seeking information from Probation to assist in searching for Ms. Terabelian and Richard Ayvazyan, who, to my knowledge, still have not been located. Undersigned counsel understands that the government's search for Richard Ayvazyan and Ms. Terabelian is active and ongoing.

4. I have reviewed and discussed with Mr. Littrell the *ex parte* application filed earlier today seeking to continue Richard Ayvazyan's sentencing hearing and PSR response deadline. We believe Ms. Terabelian's similar circumstances call for granting the same relief in her case.

5. In light of the government's ongoing search for Ms. Terabelian, judicial resources will be conserved if her sentencing is stayed until she can be located.

6. Additionally, the deadline to object to the PSR, which is presently September 13, 2021, should also be suspended and tolled until a reasonable time after Ms. Terabelian is located. As noted in motion to withdraw from this representation, present counsel is unable to communicate with her and thus unable to respond adequately and effectively to the PSR. The Sixth Amendment, due process, and fairness require that Terabelian's counsel have the opportunity to review the PSR with her and respond consistently with her desired sentencing approach.

**CONCLUSION**

For the foregoing reasons, the Court should stay Ms. Terabelian's sentencing from its present October 4, 2021, date until four weeks after she is located, and suspend and toll the present September 13, 2021, deadline for filing her objections to the PSR until two weeks after Ms. Terabelian is located.

Dated:   September 9, 2021          Respectfully submitted,

                                    BIENERT KATZMAN
                                    LITTRELL WILLIAMS LLP

                                    /s/ Ryan V. Fraser
                                    John L. Littrell
                                    Ryan V. Fraser
                                    *Counsel for Defendant Marietta Terabelian*