John L. Littrell (SBN 221601) jlittrell@bklwlaw.com
Ryan V. Fraser (SBN 272196) rfraser@bklwlaw.com
BIENERT KATZMAN LITTRELL WILLIAMS, LLP
601 W. 5th Street, Suite 720
Los Angeles, CA 90071

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br><br>PLAINTIFF(S)<br>v.<br>MARIETTA TERABELIAN<br><br>DEFENDANT(S). | CASE NUMBER:<br>20-CR-00579-SVW<br><br>NOTICE OF MANUAL FILING<br>OR LODGING |
|---|---|

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually [✓] Filed [ ] Lodged: **(List Documents)**

1. OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT ON BEHALF OF MARIETTA TERABELIAN;

2. APPLICATION FOR LEAVE TO FILE OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT ON BEHALF OF MARIETTA TERABELIAN UNDER SEAL; and

3. [PROPOSED] ORDER GRANTING DEFENDANTS MARIETTA TERABELIAN'S APPLICATION FOR LEAVE TO FILE OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT UNDER SEAL

**Reason:**
[✓] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

September 13, 2021
Date

Ryan V. Fraser
Attorney Name

Defendant, Marietta Terabelian
Party Represented

Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).