John L. Littrell (SBN 221601) jlittrell@bklwlaw.com
Ryan V. Fraser (SBN 272196) rfraser@bklwlaw.com
BIENERT KATZMAN LITTRELL WILLIAMS LLP
601 W. 5th Street, Suite 720
Los Angeles, CA 90071

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:20-cr-00579-SVW |
| v. | |
| MARIETTA TERABELIAN, et al. | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

1. Sentencing Memorandum regarding Marietta Terabelian and Supporting Letters;
2. Application for Leave to File Sentencing Memorandum regarding Marietta Terabelian and Supporting Letters Under Seal; and
3. Proposed Order Granting Defendant Marietta Terabelian's Application for Leave to File Sentencing Memorandum Regarding Marietta Terabelian and Supporting Letters Under Seal

**Reason:**
☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

| November 1, 2021 | Ryan V. Fraser |
|---|---|
| Date | Attorney Name |
| | Defendant Marietta Terabelian |
| | Party Represented |

Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)    NOTICE OF MANUAL FILING OR LODGING