TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
SCOTT PAETTY (Cal. Bar No. 274719)
CATHERINE AHN (Cal. Bar No. 248286)
BRIAN FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Major Frauds/Environmental and Community Safety Crimes Sections
     1100/1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6527/2424/3819
     Facsimile: (213) 894-6269/0141
     E-mail:    Scott.Paetty@usdoj.gov
                Catherine.S.Ahn@usdoj.gov
                Brian.Faerstein@usdoj.gov

DANIEL S. KAHN
Acting Chief, Fraud Section
Criminal Division, U.S. Department of Justice
CHRISTOPHER FENTON
Trial Attorney, Fraud Section
Criminal Division, U.S. Department of Justice
     1400 New York Avenue NW, 3rd Floor
     Washington, DC 20530
     Telephone: (202) 320-0539
     Facsimile: (202) 514-0152
     E-mail:   Christopher.Fenton@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-579(A)-SVW-2 |
|---|---|
| Plaintiff, | DECLARATION OF CATHERINE AHN IN SUPPORT OF THE GOVERNMENT'S SENTENCING POSITION FOR DEFENDANT MARIETTA TERABELIAN |
| v. | |
| MARIETTA TERABELIAN, aka "Marietta Abelian" and "Viktoria Kauichko, | |
| Defendant. | |

**DECLARATION OF CATHERINE AHN**

I, Catherine Ahn, declare as follows:

1. I am an Assistant United States Attorney for the Central District of California, assigned to the prosecution of <u>United States v. Ayvazyan, et. al</u>, CR No. 20-579(A)-SVW. I make this declaration in support of the government's sentencing position for defendant Marietta Terabelian.

2. Exhibit 1 (filed under seal) is a 26-page exhibit comprised of the actual and intended losses borne by lenders (pages 1-2), and a table of the corresponding loans identifying the purported business applicants, purported individual representatives, the lender, and the loan amount (pages 3-26). They were prepared with the assistance of Federal Bureau of Investigation Special Agent Justin Palmerton, Internal Revenue Service Criminal Investigations Special Agent Geffrey Clark, and U.S. Small Business Administration Special Agent Timothy Massino, and were provided to U.S. Probation and defense.

3. Exhibit 2 is a disc (manually lodged under seal), containing surveillance video of defendant Marietta Terabelian's residence on November 5, 2020. It contains two videos, titled "Ahn Decl Exhibit 2 Video 1" and "Ahn Decl Exhibit 2 Video 2." The content of these videos were previously produced to defense as DOJ_PROD_0000021628 and 21629.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on November 10, 2021.

_____
CATHERINE AHN