```
 1  TRACY L. WILKISON
    Acting United States Attorney
 2  SCOTT M. GARRINGER
    Assistant United States Attorney
 3  Chief, Criminal Division
    SCOTT PAETTY (Cal. Bar No. 274719)
 4  CATHERINE AHN (Cal. Bar No. 248286)
    BRIAN FAERSTEIN (Cal. Bar No. 274850)
 5  Assistant United States Attorneys
    Major Frauds/Environmental and Community Safety Crimes Sections
 6       1100/1300 United States Courthouse
         312 North Spring Street
 7       Los Angeles, California 90012
         Telephone: (213) 894-6527/2424/3819
 8       Facsimile: (213) 894-6269/0141
         E-mail:    Scott.Paetty@usdoj.gov
 9                  Catherine.S.Ahn@usdoj.gov
                    Brian.Faerstein@usdoj.gov
10
    JOSEPH S. BEEMSTERBOER
11  Acting Chief, Fraud Section
    Criminal Division, U.S. Department of Justice
12  CHRISTOPHER FENTON
    Trial Attorney, Fraud Section
13  Criminal Division, U.S. Department of Justice
         1400 New York Avenue NW, 3rd Floor
14       Washington, DC 20530
         Telephone: (202) 320-0539
15       Facsimile: (202) 514-0152
         E-mail:    Christopher.Fenton@usdoj.gov
16
    Attorneys for Plaintiff
17  UNITED STATES OF AMERICA
```

18                    UNITED STATES DISTRICT COURT

19                   FOR THE CENTRAL DISTRICT OF CALIFORNIA

| 20 | UNITED STATES OF AMERICA, | No. CR 20-00579-SVW-2 |
|----|---------------------------|------------------------|
| 21 | Plaintiff, | EXHIBIT 1 (ATTACHED TO THE DECLARATION OF CATHERINE AHN IN SUPPORT OF THE GOVERNMENT'S SENTENCING POSITION FOR MARIETTA TERABELIAN) |
| 22 | v. | |
| 23 | MARIETTA TERABELIAN, | |
| 24 | aka "Marietta Abelian" and "Viktoria Kauichko," | **[FILED UNDER SEAL]** |
| 25 | Defendant. | |

# Exhibit 1 Filed Under Seal