CATHERINE S. AHN (Cal. Bar No. 248286)
1100 United States Courthouse
312 North Spring Street, Los Angeles, California 90012
(213) 894-2424; catherine.s.ahn@usdoj.gov

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:20-cr-579(A)-SVW-2 |
| v. | |
| MARIETTA TERABELIAN, | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  ☑ Filed   ☐ Lodged:  **(List Documents)**
Sealing Application, Declaration, Proposed Order (with service to parties).

**Reason:**

☑  Under Seal
☐  In Camera
☐  Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐  Per Court order dated: _____
☐  Other:

November 17, 2021                                   /s/ Catherine S. Ahn
Date                                                Attorney Name
                                                    United States of America
                                                    Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    **NOTICE OF MANUAL FILING OR LODGING**