FILED
CLERK, U.S. DISTRICT COURT

1/7/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: jb DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:20-CR-00579-SVW-2 |
| vs | |
| Marietta Terabelian | WARRANT FOR ARREST |
| Defendant(s) | |

RECEIVED
USMS-C/CA-LA
31AUGUST2021
FID #8665998
REG #61233-112

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest Marietta Terabelian and bring her forthwith to the nearest Magistrate Judge to answer to a(n): ☐ Complaint  ☐ Indictment  ☐ Information  ☒ Order of Court  ☐ Violation Petition

☐ Violation Notice charging her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

Violation of Pretrial Release

in violation of Title  18  United States Code, Section(s)  3148

Kiry K. Gray
NAME OF ISSUING OFFICER

Clerk of Court
TITLE OF ISSUING OFFICER

PM Cruz
SIGNATURE OF DEPUTY CLERK
P.M. Cruz

August 31, 2021 at Los Angeles, CA
DATE AND LOCATION OF ISSUANCE

By [signature]
NAME OF JUDICIAL OFFICER
STEPHEN V. WILSON, U.S. DISTRICT JUDGE

### RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION)

DATE RECEIVED

NAME OF ARRESTING OFFICER

DATE OF ARREST

TITLE

DESCRIPTIVE INFORMATION FOR DEFENDANT
CONTAINED ON PAGE TWO

SIGNATURE OF ARRESTING OFFICER

WARRANT RETURNED UNEXECUTED
SUPERSEDED BY INDICTMENT/DISMISSAL,
WHCAR/J&C SENTENCED ON
JFC: 11/15/21

G-04 (10/15)  WARRANT FOR ARREST

PS 8
(Rev. 1/19)

# United States District Court
for
CENTRAL DISTRICT OF CALIFORNIA

U.S.A. VS. Marietta Terabelian             Docket No.: 2:20-CR-00579-SVW-2

### Petition for Action on Conditions of Pretrial Release (Warrant Request)

COMES NOW JEFFREY THOMASON, ACTING CHIEF PROBATION & PRETRIAL SERVICES OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Marietta Terabelian, who was placed under pretrial release supervision by the Honorable ROZELLA A. OLIVER, sitting in the Court at Los Angeles, California, on the 22th day of October, 2020, under the General Conditions of Release and additional conditions as listed on the attached District Court's Release Order and Bond Form (CR-1).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

1. Having been ordered by the Court to not change his residence without prior notification and approval from the U.S. Probation Officer or the Court, on or about August 29, 2021, Marietta Terabelian changed her residence and failed to notify the Probation Officer. Her whereabouts are unknown.

2. Having been ordered by the Court to participate in the Location Monitoring program, with a bracelet, and on home detention except for medical, court appearances, attorney visits or court ordered obligations, religious services and employment, Marietta Terabelian cut her bracelet on or about August 29, 2021.

PRAYING THAT THE COURT WILL ORDER issuance of a Bench Warrant addressed to any United States Marshal or any other authorized officer within the United States of America, requiring the detention and return of Marietta Terabelian before the United States District Court at Los Angeles, California, to show cause why her bond should not be revoked.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing and/or attached is true and correct to the best of my knowledge. |
|---|---|
| Considered and ordered this __31st__ day of August, 2021 and ordered filed and made a part of the records in the above case. | |
| | Executed on August 30, 2021 |
| _/s/ Stephen V. Wilson_ | _/s/ Anita Navarro_ |
| United States District Judge<br>HONORABLE STEPHEN V. WILSON | ANITA NAVARRO<br>U.S. Probation & Pretrial Services Officer<br>Place: Los Angeles, California |